IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | IN CHAPTER 7 |
| | ) | |
| **DESIGN RESEARCH & SUPPLY, INC.** | ) | No. 14 B 18958 |
| | ) | |
| | ) | |
| Debtor(s). | ) | |

**PROOF OF SERVICE**

TO:     See Attached

I, GINA B. KROL, state that copies of the Notice of Trustee's Final Report and

Applications for Compensation and Deadline to Object, was sent on September 16,

2016, by First Class U.S. Mail and/or ECF to the persons shown on the attached service

list.

GINA B. KROL
COHEN & KROL
105 W. Madison, Ste 1100
Chicago, IL   60602
312-368-0300                                    BY:/s/ Gina B. Krol_____
                                                Ch 7 Bankruptcy Trustee

Service List:

Metals Technology Corp
120 N Schmale Road
Carol Stream, IL   60188

Cincinnati Tool Steel Co
5190 28th Avenue
Rockford, IL   61109

US Bank NA dba
US Bank Equipment Finance
1310 Madrid Street, Ste 101
Marshall, MN   56258-4002

Nicor Gas
P.O. Box 549
Aurora, IL   60507

Richard Konecnik Designs
873 Yorkshire Lane
Crystal Lake, IL   60014

Brian Haupt
Successor   Trustee   of   Constance   M
Haupt, Trustee
121 E Highland Avenue
Villa Park, IL   60181

Joseph Doyle
joe@bizardoylelaw.com

Office of the US Trustee
USTPRegion11.ES.ECF@usdoj.gov