UNITED STATES BANKRUPTCY COURT
NORTHERN  DISTRICT OF  ILLINOIS

In re:                                      §
                                            §
DESIGN RESEARCH & SUPPLY, INC,              §      Case No. 14-18958 DRC
                                            §
         Debtor                             §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

   GINA B. KROL, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 0.00                         Assets Exempt: 0.00
*(Without deducting any secured claims)*

Total Distributions to Claimants:  14,264.72   Claims Discharged
                                               Without Payment:  174,705.58

Total Expenses of Administration:  12,655.78

---

   3) Total gross receipts of $ 26,920.50  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00  (see **Exhibit 2**), yielded net receipts of $ 26,920.50  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ NA | $ NA | $ NA |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 12,655.78 | 12,655.78 | 12,655.78 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 122,051.00 | 76,647.30 | 76,647.30 | 14,264.72 |
| **TOTAL DISBURSEMENTS** | $ 122,051.00 | $ 89,303.08 | $ 89,303.08 | $ 26,920.50 |

4) This case was originally filed under chapter 7 on 05/20/2014 . The case was pending for 30 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 11/10/2016           By:/s/GINA B. KROL
                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| MACHINERY AND SUPPLIES | 1129-000 | 26,920.50 |
| **TOTAL GROSS RECEIPTS** | | **$ 26,920.50** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 0.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| **TOTAL SECURED CLAIMS** | | | **$ NA** | **$ NA** | **$ NA** | **$ NA** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| GINA KROL | 2100-000 | NA | 3,442.05 | 3,442.05 | 3,442.05 |
| GINA KROL | 2200-000 | NA | 7.76 | 7.76 | 7.76 |
| ADAMS LEVINE SURETY BOND AGENCY | 2300-000 | NA | 11.60 | 11.60 | 11.60 |
| ADAMS-LEVINE | 2300-000 | NA | 11.25 | 11.25 | 11.25 |
| ASSOCIATED BANK | 2600-000 | NA | 644.37 | 644.37 | 644.37 |
| COHEN & KROL | 3110-000 | NA | 1,380.01 | 1,380.01 | 1,380.01 |
| GINA KROL | 3110-000 | NA | 689.99 | 689.99 | 689.99 |
| COHEN & KROL | 3120-000 | NA | 3.88 | 3.88 | 3.88 |
| AMERICAN AUCTION ASSOCIATES | 3620-000 | NA | 6,464.87 | 6,464.87 | 6,464.87 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 12,655.78 | $ 12,655.78 | $ 12,655.78 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Ability Mold Polishing Company 1109 Old Fence Rd. Addison, IL 60101 | | 275.00 | NA | NA | 0.00 |
| | Action Metals 1500 Dearborn Ave. Bldg. 10A Aurora, IL 60505 | | 2,398.00 | NA | NA | 0.00 |
| | Bill Me Later PO Box 105658 Atlanta, GA 30348 | | 1,433.00 | NA | NA | 0.00 |
| | Chase Po Box 15298 Wilmington, DE 19850 | | 6,920.00 | NA | NA | 0.00 |
| | Chicago Mold Engineering, Co 615 Stetson Ave. Saint Charles, IL 60174 | | 140.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Citibank CBO Services PO Box 769018 San Antonio, TX 78245 | | 12,000.00 | NA | NA | 0.00 |
| | Citibank PO Box 6241 Sioux Falls, SD 57117 | | 1,911.00 | NA | NA | 0.00 |
| | Citicards PO Box 6500 Sioux Falls, SD 57117 | | 8,089.00 | NA | NA | 0.00 |
| | Comcast 155 Industrial Dr Elmhurst, IL 60126 | | 112.00 | NA | NA | 0.00 |
| | Comed PO Box 6111 Carol Stream, IL 60197-6111 | | 399.00 | NA | NA | 0.00 |
| | Cutting Edge Machining 105 Randall St. Elk Grove Village, IL 60007 | | 2,040.00 | NA | NA | 0.00 |
| | DBC Industrial Supply Co 1100 N Ridge Ave. Lombard, IL 60148 | | 70.00 | NA | NA | 0.00 |
| | DME Company Lockbox #774867 4867 Solutions Center Chicago, IL | | 121.00 | NA | NA | 0.00 |
| | FPM Heat Treating LLC 1501 S Lively Blvd Elk Grove Village, IL 60007 | | 167.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Five Star Polishing Need Address Bensenville, IL 60106 | | 320.00 | NA | NA | 0.00 |
| | Hulick Metals, Inc. 91 N Lively Blvd Elk Grove Village, IL 60007 | | 2,797.00 | NA | NA | 0.00 |
| | James F Sexton & Associates, Ltd. 941 N Plum Grove Road Suite A Schaumburg, IL | | 1,240.00 | NA | NA | 0.00 |
| | Jasun Tool & Gundrilling, Inc. 627 Martin Dr. South Elgin, IL 60177 | | 2,150.00 | NA | NA | 0.00 |
| | MSC Industrial Supply Co. 1020 Wood Dale Rd. Wood Dale, IL 60191 | | 67.00 | NA | NA | 0.00 |
| | Mexicali Hard Chrome, Inc. 502 W. Winthrop Ave. Addison, IL 60101 | | 192.00 | NA | NA | 0.00 |
| | Sethna & Cook, PC 400 S County Farm Road, #110 Wheaton, IL 60187 | | 0.00 | NA | NA | 0.00 |
| | US Bank PO Box 130 Hillsboro, OH 45133 | | 69,000.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Zenitools, Inc. 170 N Brandon Dr. Glendale Heights, IL 60139 | | 482.00 | NA | NA | 0.00 |
| 000006 | BRIAN HAUPT | 7100-000 | NA | 3,050.00 | 3,050.00 | 567.64 |
| 000002 | CINCINNATI TOOL STEEL CO. | 7100-000 | 625.00 | 625.50 | 625.50 | 116.41 |
| 000001 | METALS TECHNOLOGY CORPOORATION | 7100-000 | 483.00 | 494.01 | 494.01 | 91.94 |
| 000004 | NICOR GAS | 7100-000 | 385.00 | 741.08 | 741.08 | 137.92 |
| 000005 | RICHARD KONECNIK DESIGNS | 7100-000 | 2,395.00 | 2,065.00 | 2,065.00 | 384.31 |
| 000003 | US BANK NA DBA | 7100-000 | 5,840.00 | 69,671.71 | 69,671.71 | 12,966.50 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 122,051.00 | $ 76,647.30 | $ 76,647.30 | $ 14,264.72 |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit 8

| | | |
|---|---|---|
| Case No: | 14-18958    DRC    Judge: Donald R. Cassling | Trustee Name:    GINA B. KROL |
| Case Name: | DESIGN RESEARCH & SUPPLY, INC, | Date Filed (f) or Converted (c):    05/20/14 (f) |
| | | 341(a) Meeting Date:    06/17/14 |
| For Period Ending: | 11/10/16 | Claims Bar Date:    09/24/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. FINANCIAL ACCOUNTS<br>Checking account with Citibank | 0.00 | 0.00 | | 0.00 | FA |
| 2. FINANCIAL ACCOUNTS<br>Checking account with Citibank Negative $1911 | 0.00 | 0.00 | | 0.00 | FA |
| 3. MACHINERY AND SUPPLIES<br>Equipment and supplies used in business See attached | 67,730.00 | 26,920.50 | | 26,920.50 | FA |

|  |  |  |  |  | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $67,730.00 | $26,920.50 | | $26,920.50 | $0.00 |
|  |  |  |  |  | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Final hearing set for 10/14/16
October 11, 2016, 12:48 pm

TEE SENT TFR TO US TEE FOR REVIEW August 16, 2016, 09:48 am

Case ready for closing
October 14, 2015, 01:32 pm

Trustee to retain accountant to prepare tax return
October 16, 2014, 11:26 am

Trustee conducted auction of equipment.

LFORM1

**UST Form 101-7-TDR (10/1/2010)** *(Page: 9)*

Ver: 19.06b

Case 14-18958    Doc 30    Filed 12/05/16    Entered 12/05/16 15:51:35    Desc Main
Document      Page 10 of 14

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

Exhibit 8

| | | |
|---|---|---|
| Case No: | 14-18958    DRC    Judge: Donald R. Cassling | Trustee Name:    GINA B. KROL |
| Case Name: | DESIGN RESEARCH & SUPPLY, INC, | Date Filed (f) or Converted (c):    05/20/14 (f) |
| | | 341(a) Meeting Date:    06/17/14 |
| | | Claims Bar Date:    09/24/14 |

October 01, 2014, 04:47 pm

Initial Projected Date of Final Report (TFR): 12/31/15    Current Projected Date of Final Report (TFR): 12/31/15

/s/    GINA B. KROL
_____ Date: 11/10/16
        GINA B. KROL

LFORM1

UST Form 101-7-TDR (10/1/2010) *(Page: 10)*

Ver: 19.06b

FORM 2

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 14-18958 -DRC | Trustee Name: | GINA B. KROL |
| --- | --- | --- | --- |
| Case Name: | DESIGN RESEARCH & SUPPLY, INC, | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******7616 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******3045 | | |
| For Period Ending: | 11/10/16 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 09/16/14 | 3 | American Auction Associates, Inc. 508 W. Brittany Drive Arlingtion Heights, IL 60004 | Sale Proceeds | 1129-000 | 26,920.50 | | 26,920.50 |
| 10/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 19.36 | 26,901.14 |
| 10/10/14 | 030001 | American Auction Associates 8515 S. Thomas Ave. Bridgeview, IL 60455 | Auctioneer Expenses per court order | 3620-000 | | 6,464.87 | 20,436.27 |
| 11/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 38.75 | 20,397.52 |
| 12/05/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 29.35 | 20,368.17 |
| 01/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 30.28 | 20,337.89 |
| 02/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 30.24 | 20,307.65 |
| 02/10/15 | 030002 | Adams Levine Surety Bond Agency 60 E. 42nd Street Room 965 New York, NY 10165 | Bond Payment | 2300-000 | | 11.60 | 20,296.05 |
| 03/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 27.26 | 20,268.79 |
| 04/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 30.13 | 20,238.66 |
| 05/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 29.12 | 20,209.54 |
| 06/05/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 30.05 | 20,179.49 |
| 07/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 29.03 | 20,150.46 |
| 08/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 29.96 | 20,120.50 |
| 09/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 29.91 | 20,090.59 |
| 10/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 28.91 | 20,061.68 |
| 11/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 29.83 | 20,031.85 |
| 12/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 28.82 | 20,003.03 |
| 01/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 29.74 | 19,973.29 |
| 02/05/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 29.70 | 19,943.59 |
| 02/18/16 | 030003 | ADAMS-LEVINE | Acct #10BSBGR6291 | 2300-000 | | 11.25 | 19,932.34 |

Page Subtotals  26,920.50  6,988.16

Ver: 19.06b

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 11)*

FORM 2    Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD    Exhibit 9

| Case No: | 14-18958 -DRC | Trustee Name: | GINA B. KROL |
|---|---|---|---|
| Case Name: | DESIGN RESEARCH & SUPPLY, INC, | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******7616 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******3045 | | |
| For Period Ending: | 11/10/16 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | 370 Lexington Avenue Suite 1101 New York, NY 10017 | | | | | |
| 03/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 27.73 | 19,904.61 |
| 04/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 29.59 | 19,875.02 |
| 05/06/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 28.60 | 19,846.42 |
| 06/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 29.50 | 19,816.92 |
| 07/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 28.51 | 19,788.41 |
| * 08/05/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-003 | | 29.42 | 19,758.99 |
| * 08/23/16 | | Reverses Adjustment OUT on 08/05/16 | BANK SERVICE FEE error | 2600-003 | | -29.42 | 19,788.41 |
| 10/14/16 | 030004 | Gina Krol 105 W. Madison Street Suite 1100 Chicago, IL 60602 | Final Distribution | | | 3,449.81 | 16,338.60 |
| | | | Fees        3,442.05 | 2100-000 | | | |
| | | | Expenses        7.76 | 2200-000 | | | |
| 10/14/16 | 030005 | Cohen & Krol Attorneys for Trustee 105 W. Madison Street Suite 1100 Chicago, IL 60602 | Final Distribution | | | 1,383.89 | 14,954.71 |
| | | | Fees        1,380.01 | 3110-000 | | | |
| | | | Expenses        3.88 | 3120-000 | | | |
| 10/14/16 | 030006 | Gina Krol 105 W. Madison Street Suite 1100 Chicago, IL 60602 | Final Distribution | 3110-000 | | 689.99 | 14,264.72 |
| 10/14/16 | 030007 | Metals Technology Corpooration | Final Distribution | 7100-000 | | 91.94 | 14,172.78 |

Page Subtotals      0.00      5,759.56

Ver: 19.06b

LFORM24

UST Form 101-7-TDR (10/1/2010)  *(Page: 12)*

FORM 2

Page: 3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 14-18958 -DRC | | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|
| Case Name: | DESIGN RESEARCH & SUPPLY, INC, | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******7616 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******3045 | | | |
| For Period Ending: | 11/10/16 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | 120 N Schmale Rd. Carol Stream, IL 60188 | | | | | |
| 10/14/16 | 030008 | Cincinnati Tool Steel Co. 5190 28th Avenue Rockford, IL 61109 | Final Distribution | 7100-000 | | 116.41 | 14,056.37 |
| 10/14/16 | 030009 | US Bank NA dba US Bank Equipment Finance 1310 Madrid St Suite 101 Marshall, MN 56258-4002 | Final Distribution (3-1) MODIFIED ON 08/22/14 TO CORRECT ADDRESS (WE) | 7100-000 | | 12,966.50 | 1,089.87 |
| 10/14/16 | 030010 | Nicor Gas PO Box 549 Aurora,IL 60507 | Final Distribution | 7100-000 | | 137.92 | 951.95 |
| 10/14/16 | 030011 | Richard Konecnik Designs 873 Yorkshire Lane Crystal Lake, IL 60014 | Final Distribution | 7100-000 | | 384.31 | 567.64 |
| 10/14/16 | 030012 | Brian Haupt Successor Trustee of Constance M Haupt Trustee 121 E Highland Avenue Villa Park, IL 60181 | Final Distribution | 7100-000 | | 567.64 | 0.00 |

Page Subtotals   0.00   14,172.78

Ver: 19.06b

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 13)*

FORM 2

Page: 4

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 14-18958 -DRC |
| Case Name: | DESIGN RESEARCH & SUPPLY, INC, |
| Taxpayer ID No: | *******3045 |
| For Period Ending: | 11/10/16 |

| | |
|---|---|
| Trustee Name: | GINA B. KROL |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******7616 Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 26,920.50 | 26,920.50 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | | Subtotal | | 26,920.50 | 26,920.50 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 26,920.50 | 26,920.50 | |

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account (Non-Interest Earn - *******7616 | 26,920.50 | 26,920.50 | 0.00 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 26,920.50 | 26,920.50 | 0.00 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals 0.00 0.00

Ver: 19.06b

LFORM24

UST Form 101-7-TDR (10/1/2010) (Page: 14)